UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00425-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JASON EDWARD RIFORGIATE, a/k/a Robert Edward Riforgiate,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, November 14, 2008,** and responses to these motions shall be filed by **Friday, November 28, 2008.**  It is

FURTHER ORDERED that counsel shall contact my chambers to schedule a hearing on all pending motions, if any, and final trial preparation conference, if necessary.  It is

FURTHER ORDERED that a 5-day jury trial is set for **Monday, December 8, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: October 14, 2008

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                U. S. District Judge