UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00425-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JASON EDWARD RIFORGIATE, a/k/a Robert Edward Riforgiate,

    Defendant.
_____

**ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Pursuant to my Minute Order of December 4, 2008 [doc. #18], counsel have now indicated that they are ready to proceed with a change of plea hearing in this matter. Accordingly, a change of plea hearing is set for **Wednesday, February 18, 2009 at 3:00 p.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: February 2, 2009.