UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00425-WYD

JASON RIFORGIATE,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____

**ORDER GRANTING CERTIFICATE OF APPEALABILITY**
_____

Jason Riforgiate has moved the Court for an Order granting a certificate of appealability. The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that Defendant's Motion for Certificate of Appealability (ECF No. 51) is **GRANTED.**

    1.    Mr. Riforgiate's Motion to Vacate presents a constitutional claim.

    2.    The claim that the Court certifies for appeal is the sole claim presented in Mr. Riforgiate's Motion to Vacate: that 18 U.S.C. § 924(c)'s "residual clause" is unconstitutionally vague under the principles announced in *United States v. Johnson*, 135 S. Ct. 2551 (2015).

    3.    Reasonable jurists could debate whether Mr. Riforgiate's § 924(c) conviction is being sustained by the residual clause and whether § 924(c)'s residual clause is unconstitutionally vague.

4. Reasonable jurists could debate whether Mr. Riforgiate's claim is sufficiently based on *Johnson* that he could proceed under 28 U.S.C. § 2255(f)(3) and, thus, whether his claim was timely.

5. The Government has raised other procedural defenses to post-conviction relief. However, as the Court did not need to address those defenses in its Order denying § 2255 relief, they are not properly before the Court in deciding whether to grant a certificate of appealability. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Wherefore, the Court hereby ISSUES a certificate of appealability.

IT IS SO ORDERED.

Dated: August 10, 2017.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE